UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI SPORN,<br><br>      Plaintiff,<br><br>      v.<br><br>BRAINSTORM CELL THERAPEUTICS INC., et al.,<br><br>      Defendants. | 23-CV-9630 (DEH)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

DALE E. HO, United States District Judge:

  On November 1, 2023, Plaintiff filed a putative class action on behalf of "persons or entities who purchased or otherwise acquired publicly traded Brainstorm Cell securities between August 15, 2022 and September 27, 2023, inclusive." Dkt. No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

  Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

  It is hereby ORDERED that **no later than November 29, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

  SO ORDERED.

Dated: November 2, 2023
New York, New York

                        DALE E. HO
                        United States District Judge