UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                :

ELI SPORN,                :

                :

          Plaintiff,      :       23-CV-9630 (DEH)

                :

      -v-             :

                :

BRAINSTORM CELL THERAPEUTICS INC., et al.,  :

                :

          Defendants.    :

                :

------------------------------------------------------------------- X
                :

MHAIRI PORTEOUS,        :

                :

          Plaintiff,      :

                :

      -v-             :       24-CV-1095 (DEH)

                :

CHAIM LEBOVITS, et al.,     :

                :

          Defendants.    :

                :

-------------------------------------------------------------------  :

                :

                 X
                :

SERGE ANDREV,         :

                :

         Plaintiff,      :       24-CV-1101 (DEH)

                :

      -v-             :

                :       **<u>ORDER</u>**

CHAIM LEBOVITS, et al.,     :

                :

         Defendants.    :

                :

------------------------------------------------------------------- X

DALE E. HO, United States District Judge:

On November 1, 2023, Eli Sporn, Individually and on behalf of all others similarly situated, filed a complaint in 23-CV-9630.  On February 14, 2024, Mhairi Porteous, derivatively on behalf of Brainstorm Cell Therapeutics Inc. filed a complaint in 24-CV-1095.  On February 15, 2024, Plaintiff Serge Andrev, derivatively on behalf of Brainstorm Cell Therapeutics, Inc. filed a complaint in 24-CV-01101.

As of this Order, no motion for consolidation has been filed, but both 24-CV-1095 and 24-CV-01101 have been accepted by the Court as related to 23-CV-9630, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **February 29, 2024**.  If no party files a letter opposing consolidation, the Court will consolidate the three cases without further notice to the parties.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of Court is respectfully requested to docket this order in all the above-captioned cases.

SO ORDERED.

Dated: February 22, 2024
        New York, New York

_____
DALE E. HO
United States District Judge