**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELI SPORN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>BRAINSTORM CELL THERAPEUTICS INC., CHAIM LEBOVITS, and STACY LINDBORG, and RALPH KERN<br><br>        Defendants. | Case No.: 1:23-cv-09630-DEH<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8, 9, and 12, Defendants BrainStorm Cell Therapeutics Inc., Chaim Lebovits, Stacy Lindborg, and Ralph Kern (together, "Defendants") move to dismiss the Amended Class Action Complaint (Dkt. 28) in its entirety and with prejudice. As grounds for this motion, the Defendants state as follows:

The Amended Class Action Complaint should be dismissed for the reasons stated in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, and the Declaration of Molly L. Leiwant in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

WHEREFORE, Defendants respectfully requests that this Court issue an Order dismissing the Amended Class Action Complaint in its entirety and with prejudice, and granting such other and further relief as the Court deems just and proper.

ACTIVE/129773583

Dated: May 31, 2024

Respectfully submitted,

*/s/ Douglas H. Flaum*
Douglas H. Flaum
Molly L. Leiwant
Dina Ljekperic
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8884
Fax: 212.504.0879
DFlaum@goodwinlaw.com
MLeiwant@goodwinlaw.com
DLjekperic@goodwinlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I caused to be served by electronic means via the Court's CM/ECF System a copy of this Notice of Defendants' Motion to Dismiss the Amended Class Action Complaint on all counsel registered to receive electronic notices.

*/s/ Douglas H. Flaum*