**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELI SPORN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>BRAINSTORM CELL THERAPEUTICS INC., CHAIM LEBOVITS, and STACY LINDBORG, and RALPH KERN<br><br>          Defendants. | Case No.: 1:23-cv-09630-DEH |

**DECLARATION OF MOLLY L. LEIWANT IN SUPPORT OF**
**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Molly L. Leiwant, declare as follows:

1. I am an attorney in the law firm of Goodwin Procter LLP, counsel to Defendants BrainStorm Cell Therapeutics Inc. ("BrainStorm" or the "Company"), Chaim Lebovits ("Lebovits"), Stacy Lindborg ("Lindborg"), and Ralph Kern ("Kern," collectively, "Defendants"). I respectfully submit this Declaration in support of the Defendants' Memorandum in Support of their Motion to Dismiss the Amended Class Action Complaint.

2. Attached as Exhibit 1 is a chart prepared by counsel that quotes the AC's alleged misrepresentations and omissions and cross-references legal arguments set forth in the Memorandum of Law In Support of Defendants' Motion to Dismiss the Amended Class Action Complaint as to why each of the alleged misstatements and omissions is not actionable.

3. Attached as Exhibit 2 is a true and correct copy of the FDA's published final guidance titled "Amyotrophic Lateral Sclerosis: Developing Drugs for Treatment," published on September 24, 2019. 84 Fed. Reg. 50045 (Sept. 24, 2019).

ACTIVE/129883897

4.    Attached as <u>Exhibit 3</u> are excerpts[1] from a true and correct copy of the publicly posted

Statistical Analysis Plan for Brainstorm's Phase 3 Trial of NurOwn, dated June 19, 2020, available

at https://classic.clinicaltrials.gov/ProvidedDocs/56/NCT03280056/SAP_001.pdf.

5.    Attached as <u>Exhibit 4</u> is a true and correct copy of the transcript of BrainStorm's Q4 2019

Earnings Results Conference Call on February 18, 2020.

6.    Attached as <u>Exhibit 5</u> is a true and correct copy of a November 17, 2020 press release

issued by BrainStorm entitled "BrainStorm Announces Topline Results from NurOwn® Phase 3

ALS Study."

7.    Attached as <u>Exhibit 6</u> is a true and correct copy of the transcript of BrainStorm's Q2 2022

Earnings Call on August 15, 2022.

8.    Attached as <u>Exhibit 7</u> is a true and correct copy of a March 27, 2023 press release issued

by BrainStorm entitled "BrainStorm Cell Therapeutics Announces FDA Advisory Committee

Meeting to Review Biologics License Application for NurOwn® for the Treatment of ALS."

9.    Attached as <u>Exhibit 8</u> are excerpts from a true and correct copy of BrainStorm's 2020

Form 10-K, as filed with the SEC on February 4, 2021.

10.    Attached as <u>Exhibit 9</u> are excerpts from a true and correct copy of BrainStorm's Q3 2020

Form 10-Q, as filed with the SEC on October 15, 2020.

11.    Attached as <u>Exhibit 10</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as

filed with the SEC on July 26, 2019.

12.    Attached as <u>Exhibit 11</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as

filed with the SEC on July 31, 2020.

---

[1] In order to limit the volume of extraneous material, voluminous documents have been excerpted for the Court's convenience.  I would be happy to provide the Court with full copies of such documents if the Court should desire.

13.    Attached as <u>Exhibit 12</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as filed with the SEC on December 10, 2021.

14.    Attached as <u>Exhibit 13</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as filed with the SEC on January 04, 2023.

15.    Attached as <u>Exhibit 14</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as filed with the SEC on August 4, 2023.

16.    Attached as <u>Exhibit 15</u> is a true and correct copy of a Form 4 on behalf of Lebovits, as filed with the SEC on April 24, 2023.

17.    Attached as <u>Exhibit 16</u> is a true and correct copy of the FDA Briefing Document for the September 27, 2023 Cellular, Tissue, and Gene Therapy Advisory Committee Meeting for BrainStorm's BLA 125782 for NurOwn, issued September 25, 2023.

18.    Attached as <u>Exhibit 17</u> is a true and correct copy of a November 14, 2022 press release issued by BrainStorm entitled "BrainStorm Cell Therapeutics Announces Third Quarter 2022 Financial Results and Provides a Corporate Update."

19.    Attached as <u>Exhibit 18</u> is a true and correct copy of an August 14, 2023 press release issued by BrainStorm entitled "BrainStorm Cell Therapeutics Announces Second Quarter 2023 Financial Results and Provides Corporate Update."

20.    Attached as <u>Exhibit 19</u> is a true and correct copy of the Center for Biologics Evaluation and Research, Standard Operating Policy and Procedure 8404.1, Procedures for Filing an Application When the Applicant Protests a Refusal to File Action, available at: https://www.fda.gov/media/108943/download.

I declare under penalty of perjury that the foregoing is true and correct.

3

Dated: May 31, 2024

Respectfully submitted,

*/s/ Molly L. Leiwant*
Molly L. Leiwant
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8884
Fax: 212.504.0879
MLeiwant@goodwinlaw.com

*Attorney for Defendants*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I caused to be served by electronic means via the Court's CM/ECF System a copy of this Declaration of Molly Leiwant in Support of Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Class Action Complaint on all counsel registered to receive electronic notices.

*/s/ Molly L. Leiwant*