# Exhibit 1

**EXHIBIT 1[1]**

**ALLEGED MISLEADING STATEMENTS AND OMISSIONS AND WHY THEY ARE NOT ACTIONABLE**

I.    **STATEMENTS ALLEGEDLY SUPPORTING EXCHANGE ACT AND SECURITIES ACT CLAIMS**

| AC ¶ | Source | Allegedly Misleading Statement and/or Omission[2] | Why Statement is Not Actionable[3] |
|---|---|---|---|
| ¶¶ 116, 213–14 | February 18, 2020 Q4 2019 Company Earnings Call | *"We had a wonderful discussion* [with FDA]. *What was most important to Brainstorm was to <u>confirm</u> the data we are collecting in this Phase 3 trial <u>are aligned with current FDA views</u> when considering a BLA for approval*. At the meeting, the FDA confirmed that the full results of Phase 3 trial is collecting relevant data critical to the assessment of NurOwn's efficacy. *The FDA also commented that this is a well- designed trial*." <br><br> *"that's why we're so excited that the FDA is having these early conversations about the endpoint, and what they want to gather in the data."* | • **Non-Actionable Puffery** <br>   o *See* Mem. Section I.B.3 <br><br> • **Forward-Looking Statement** <br>   o *See* Mem. Section I.B.2 <br><br> • **Not False or Misleading** <br>   o *See* Mem. Section I.B.2, n. 24 <br><br> • **Risk Explicitly Disclosed** <br>   o *See* Mem. Section I.B.2 <br><br> • **No Duty to Disclose** <br>   o *See* Mem. Section I.B.1, n. 21 |
| ¶¶ 117–18, 215–16 | February 18, 2020 Q4 2019 Company Earnings Call | "The most important outcome of the discussion [with FDA], of course, was that *they confirmed we're completing a well-run study*. It is a very high-quality study, and the data that will be collected at the end of this study is relevant and critical to the assessment of NurOwn efficacy. *It's an important confirmation for us…We obviously were very reassured by their position*." | • **Not False or Misleading** <br>   o *See* Mem. Section I.B.2, n. 24 <br><br> • **Risk Explicitly Disclosed** <br>   o *See* Mem. Section I.B.2 |

---

[1] Defendants cross-reference the legal arguments set forth in the Memorandum of Law in Support of their Motion to Dismiss ("Mem.").

[2] This column lists the allegedly misleading statements identified in the Amended Complaint ("AC").  Emphases are as they appear in the AC.

[3] For the Court's convenience, this column identifies the reasons, as set forth in the Mem., why each alleged misstatement is not actionable.  Along with the reasons set forth in this Exhibit, the alleged misstatements identified herein fail to state a claim for securities fraud for the independent reasons set forth elsewhere in the Mem.

| | | | |
|---|---|---|---|
| | | FDA recent ALS guidance document was "*one of the reasons why we needed to have a realignment*" and the ALSFRS-R "really forms the foundation for that." | |
| ¶¶ 124, 219 | November 17, 2020 Company Press Release | NurOwn demonstrated a "clinically meaningful treatment response" across the primary and key secondary endpoints "in an important *pre-specified* subgroup with early disease based on ALS- FRS-R baseline score $\leq 35$." <br><br> "Cerebrospinal fluid (CSF) biomarker analyses confirmed that treatment with NurOwn resulted in a statistically significant increase of neurotrophic factors and reduction in neurodegenerative and neuroinflammatory biomarkers that was not observed in the placebo treatment group." | • **Non-Actionable Statement of Opinion or Belief** <br>  o *See* Mem. Section I.B.1 <br><br> • **Not False or Misleading** <br>  o *See* Mem. Section I.B.1, n. 20 |
| ¶¶ 14, 125, 220 | November 17, 2020 Company Press Release | "This clinical trial included a more severely affected ALS population compared to other recent ALS clinical trials. *We identified a superior treatment response in a pre-specified subgroup of patients with less advanced disease*. We are in active discussions with the FDA who have expressed their eagerness to review the data and have committed to prioritize review of this data." | • **Non-Actionable Statement of Opinion or Belief** <br>  o *See* Mem. Section I.B.1 <br><br> • **Not False or Misleading** <br>  o *See* Mem. Section I.B.1, n. 20 |
| ¶¶ 22, 139, 225 | August 15, 2022 Company Press Release | A "correction" in statistical analysis "results in a statistically significant treatment difference of more than two points for an important secondary endpoint, average change from baseline in ALS- FRS-R, *in the prespecified efficacy subgroup of participants with a baseline score of at least 35….the newly published results…employ the efficacy model as prespecified in the trial's statistical analysis plan…*" | • **Non-Actionable Statement of Opinion or Belief** <br>  o *See* Mem. Section I.B.1 <br><br> • **Not False or Misleading** <br>  o *See* Mem. Section I.B.1, n. 20 |
| ¶¶ 140– 142, 144 227–229, 231 | August 15, 2022 Investor Conference Call | "While performing routine quality control checks and preparations for upcoming BLA filing, we discovered an error in the statistical model, utilized by a vendor in the analysis of a key secondary endpoint. This is now being corrected... *Though correcting the error resulted in a change that was relatively small numerically, it does have meaningful positive implications that reinforces and strengthens the conclusions of the Phase 3 study. With the correction, the Phase 3 data are stronger than originally thought as we have achieved statistical significance in a key important secondary endpoint for multiple subgroups, including the trial's pre-specified efficacy subgroup*. The endpoint I'm referring to is average change from baseline to week 28 in ALSFRS-R score in the *pre-specified subgroup* of trial | • **Non-Actionable Statement of Opinion or Belief** <br>  o *See* Mem. Section I.B.1 <br><br> • **Not False or Misleading** <br>  o *See* Mem. Section I.B.1, n. 20 |

2

participants with baseline ALSFRS-R scores of at least 35, which is indicative of patients with less disease progression."

"…*pre-specified and post hoc analyses showed a larger treatment benefit with NurOwn compared to placebo across both primary and secondary outcomes in patients with less advanced disease.*"

"*I want to offer one other comment regarding the importance of these analyses, which might not be obvious. It's common to pre-specify subgroup analyses in large trials in the industry. However, in this trial, efficacy subgroup analyses play an important role in the evaluation of NurOwn's treatment effect because of the higher number of participants enrolled in this clinical trial with advanced ALS at baseline, which is a distinguishing feature of this trial, compared to other registration trials.*"

"*Given the insensitivity of the ALSFRS-R to measure disease progression in these study participants, analyses of trial participants less likely to be impacted by the ALS- FRS-R floor effect are critical to the evaluation of NurOwn's treatment effect. Subgroup analyses are one strategy to do this. To reiterate a point made earlier, we believe these corrected analyses reinforce and strengthen the conclusion from NurOwn's Phase 3 trial.*"

"*…When we look at these subgroups that have just been published and when we look at any of the subgroups, [they are] what are allowing us to understand the treatment effect from this trial once we've minimized the effect of the lower end of the ALSFRS-R floor effect…*"

"So in terms of pre-specified and our endpoints, our primary and secondary endpoints, it's always really critical that when we're conducting clinical research and this is true in academia, as well as in the industry that we're thinking very carefully about the trial, the questions we want to answer, and then the appropriate ways to analyze the data and really bring forward evidence. *So your question about pre-specified analyses is important. These were identified before any data was observed in the trial and they therefore give objectivity and a different level of rigor to being able to draw conclusions from the trial. When we look at subgroups, for example, these are also carefully as we focused on the participants that were 35 or above. This was a prespecified threshold.*

*So these analyses carry a different level of credence…*"

3

| ¶¶ 148, 232 | August 15, 2022 Brainstorm Investor Conference Call | "I won't give this away today, but what has been true across the board as we work to assess the relationships between biomarker data and clinical endpoints is *that we consistently see biomarkers that are statistically relevant to clinical endpoints* covering all these three important ALS pathways. The broad mechanism of action and NurOwn's ability to lower markers of neuroinflammation and neurodegeneration in addition to increasing markers of neuro protection all appear to be important in explaining the clinical response that we have observed." | • **Non-Actionable Statement of Opinion or Belief**<br>   ○ *See* Mem. Section I.B.1<br><br>• **No Duty to Disclose**<br>   ○ *See* Mem. Section I.B.1, n. 21 |
|---|---|---|---|
| ¶¶ 149, 233 | August 15, 2022, Brainstorm Investor Conference Call | "*When we look at our biomarker data and we see <u>changes that were anticipated going in the direction that we expected with NurOwn and stability</u>*, which we also expected with placebo and we see very consistent conclusions across the ranges of the scale, the efficacy scale. That again we're very confident in the scale's ability to measure progression. *We walk away with a set of data that we believe builds on each analysis and allows us to look at look at the trial results in total.*"<br><br>"[D]ata indicate NurOwn had an important effect on a wide range of **biomarkers** from all participants in the trial, **which were shown to be statistically important to the clinical outcomes observed.**" | • **Non-Actionable Statement of Opinion or Belief**<br>   ○ *See* Mem. Section I.B.1<br><br>• **No Duty to Disclose**<br>   ○ *See* Mem. Section I.B.1, n. 21 |
| ¶¶ 161–162, 239–240 | November 14, 2022 Company Press Release | The press release announced the Company's request for a Type A meeting with the FDA to: "facilitate NurOwn's advancement following receipt of a refusal to file letter regarding the Company's new [BLA]."<br><br>"Our commitment to ALS patients and our belief in NurOwn's potential to address with unmet medical needs remains unchanged, despite our receipt of a refusal to file letter regarding our new [BLA]."<br><br>"*after controlling for the impact of the ALS- FRS-R floor effect, participants treated with NurOwn had a higher rate of clinical response and less function lost across 28 weeks compared to placebo.*"<br><br>"new biomarker data" "provided further evidence confirming NurOwn's multifaceted mechanism of action." | • **No Allegation That Statement is False or Misleading**<br>   ○ *See* Mem. Section I.B.1<br><br>• **Non-Actionable Puffery**<br>   ○ *See* Mem. Section I.B.3<br><br>• **Non-Actionable Statement of Opinion or Belief**<br>   ○ *See* Mem. Section I.B.1<br><br>• **No Duty to Disclose**<br>   ○ *See* Mem. Section I.B.1, n. 21 |
| ¶¶ 163, 242 | November 14, 2022 Brainstorm Investor Conference Call | "*<u>So the CMC issues are more trivial issues</u>, it's not really costly. It's asking me some questions about some validation, some others, some are already in the BLA, and we have to point out where it is. Some where we anticipate most of the questions, we receive them as review questions. <u>We don't see outside of the clinical comments any red flags.</u>*" | • **Non-Actionable Puffery**<br>   ○ *See* Mem. Section I.B.3<br><br>• **No Duty to Disclose**<br>   ○ *See* Mem. Section I.B.1, n. 21 |

4

| ¶¶ 33, 174, 247 | March 27, 2023 Company Press Release | BrainStorm filed the BLA using the "file over protest procedure" and "filed an amendment to the BLA which responds to most of the outstanding questions the FDA has posed." | <ul><li>**Not False or Misleading**<ul><li>*See* Mem. Section I.B.1</li></ul></li><li>**Forward-Looking Statement**<ul><li>*See* Mem. Section I.B.2</li></ul></li><li>**Risk Explicitly Disclosed**<ul><li>*See* Mem. Section I.B.2</li></ul></li></ul> |
|---|---|---|---|
| ¶¶ 33, 174, 247–248 | March 27, 2023 article in online publication "Pink Sheet" | "We have a well-conducted Phase III trial that really, by almost every standard, has operated exactly as planned…Randomization was very effective. We have a very high completion rate. ***We have fewer deaths than we expected. We have a very strong safety profile.***" <br><br> "[w]hen the company looked at a ***prespecified group*** of patients with less disease activity at baseline (ASLFRS-R ≥35), ***there was a large treatment effect across all endpoints with NurOwn compared to placebo, and a statistically significant difference on a key endpoint, the average change from baseline***." | <ul><li>**Non-Actionable Statement of Opinion or Belief**<ul><li>*See* Mem. Section I.B.1</li></ul></li><li>**Not False or Misleading**<ul><li>*See* Mem. Section I.B.1, n. 20</li></ul></li></ul> |
| ¶¶ 34, 175–178, 250– 253 | March 27, 2023 Brainstorm Business Update Call | Lindborg gave investors a "high-level overview" and stated that the FDA presented BrainStorm "with ***multiple options*** to return the BLA to regulatory review" and that filing the BLA over protest not only allowed the Company to "reach an Ad-Comm in the shortest amount of time" but "***also enabled us to respond to matters identified by the FDA in its refusal to file letter, through amendments to the existing BLA*** without having to withdraw and resubmit the application, which would have taken many months. ***So in other words, there was no downside utilizing the File Over Protest pathway***, while any other pathway would have lengthened the timelines and Ad Comm and PDUFA date." <br><br> Lindborg stated that the Phase 3 Trial's failure to reach its primary endpoint was "***very likely driven by participants who entered the trial with advanced ALS, who fell victim to the floor effect of the ALS functional rating scale***." Lindborg referred to Phase 3 Trial participants with baseline ALSFRS-R scores of 35 or above, that "***a pre-specified subgroup with less advanced ALS, for the primary and secondary endpoints as specified in the protocol and analysis plan***…there was a larger | <ul><li>**Non-Actionable Puffery**<ul><li>*See* Mem. Section I.B.3</li></ul></li><li>**Non-Actionable Statement of Opinion or Belief**<ul><li>*See* Mem. Section I.B.1</li></ul></li><li>**Not False or Misleading**<ul><li>*See* Mem. Section I.B.1</li></ul></li><li>**No Duty to Disclose**<ul><li>*See* Mem. Section I.B.1, n. 21</li></ul></li></ul> |

5

| | | | |
|---|---|---|---|
| | | treatment effect across all endpoints with NurOwn compared to placebo with the statistically significant difference observed on a key endpoint for change from baseline in the ALS- FRS-R to week 28 with a p-value of 0.05." | |
| | | "I think that will become clear at the advisory committee meeting. We've presented clearly as we can and I think very objectively when you take data points on a, the gold standard scale, the ALS functional rating scale that goes back to zero, the baseline. It's pretty objective to say that we can't measure ongoing decline on these items and as you have an accumulation of this, it creates a problem, *the FDA certainly has seen this data and clearly and has not disagreed with the statements we've made*." | |
| ¶¶ 91, 180-181, 257, 259 | March 30, 2023 Brainstorm Q4 2022 Earnings Call | "*Despite its [File Over Protest pathway] name, this mechanism is a standard regulatory procedure and is not inherently antagonistic*. In fact, we collaborated constructively with the FDA before the agency provided us with *several regulatory options* that would reactivate the BLA in order to allow NurOwn to be discussed as an AD- COM." <br><br> "…*The RTF letter included one item related to the trial not meeting the standard for substantial evidence of effectiveness or the primary endpoint [Indiscernible] statistical significance and the remaining items related to chemistry manufacturing and controls in short CMC. Given our exemplary record of high quality manufacturing, we have full confidence that will be able to remediate each of these points in a straightforward manner. In fact, we already have conducted much of the necessary work in a short time frame and submitted an amendment to the BLA on March 7, 2023, which responds to the majority of the manufacturing items raised in the letter. We work to respond to the few remaining manufacturing items is ongoing and would be complete in due time. The remaining items RTF letter and the only item related to our clinical data that will be the focus. That will be the key point of the discussion.*" | • **Non-Actionable Puffery** <br> ○ *See* Mem. Section I.B.3 <br><br> • **Forward-Looking Statement** <br> ○ *See* Mem. Section I.B.2 <br><br> • **Risk Explicitly Disclosed** <br> ○ *See* Mem. Section I.B.2 <br><br> • **No Duty to Disclose** <br> ○ *See* Mem. Section I.B.1, n. 21 |
| ¶¶ 183, 262 | March 30, 2023 Brainstorm Q4 2022 Earnings Call | "We've summarized that very completely, very thoroughly and certainly that will be summarized at our ADCOM. This is a dimension that the physician's closest to our trial, including our Data Safety Monitoring Board*, have continued to express that there were no safety concerns*, that were existed in the trial or that emerged as a -- from a profile of NurOwn and that safety has been clarified to their complete satisfaction." | • **Non-Actionable Statement of Opinion or Belief** <br> ○ *See* Mem. Section I.B.1 |

| ¶¶ 184–185, 264–265 | May 15, 2023 Brainstorm Q1 2023 Earnings Call | "*A thorough analysis of NurOwn Phase 3 data show evidence of clinically meaningful effectiveness and we are further encouraged by the strong and consistent <u>biomarker data, which are predictive of clinical response</u> to the trial span pathways and important to ALS.*"<br><br>"The process for approval of any BLA will be determined primarily by the body of evidence generated. *And on this front, we firmly believe that NurOwn's data package is strong enough to support regulatory approval*…As disclosed previously, the Phase 3 trial did not reach statistical significance on the primary and secondary endpoints. *<u>However, in a pre-specified group of participants with less advanced disease at baseline, there was a clinically meaningful treatment response on the primary and secondary endpoints with NurOwn compared to placebo. On the secondary endpoint, which was favored by the FDA, the average change from baseline to week 28 and the ALS functional rating scale, the treatment difference was statistically significant at the level of P> 0.05. These findings are important as looking at this pre-specified subgroup enabled us to focus on data that is not as impacted by the floor effect in the scale</u>*…."<br><br>"…So in summary, we can objectively show that the ALS functional rating scale was unable to measure ongoing decline in participants with the most advanced ALS who were enrolled in the trial, a unique sample of trial participants relative to other approved products. *Based on the data, I've just walked you through, we have clinical <u>and biomarker data</u> that demonstrate evidence of significantly better outcomes in participants treated with NurOwn*. And we have amassed efficacy and safety data that we believe supports a positive benefit risk evaluation of NurOwn." | • **Non-Actionable Statement of Opinion or Belief**<br>  o *See* Mem. Section I.B.1<br><br>• **Forward-Looking Statement**<br>  o *See* Mem. Section I.B.2<br><br>• **Risk Explicitly Disclosed**<br>  o *See* Mem. Section I.B.2<br><br>• **Not False or Misleading**<br>  o *See* Mem. Section I.B.1, n. 20 |
| --- | --- | --- | --- |
| ¶¶ 188, 268 | August 14, 2023 Company Press Release | Brainstorm "recently delivered an important presentation…*The data from this <u>new analysis</u> showed that treatment with NurOwn significantly elevated markers of neuroprotection and lowered markers of neuroinflammation and neurodegeneration, including neurofilament light (NfL). <u>Reductions in plasma NfL are believed to be a predictor of clinical benefit in ALS.</u>*" | • **Non-Actionable Statement of Opinion or Belief**<br>  o *See* Mem. Section I.B.1 |
| ¶¶ 189, 270 | August 14, 2023 Brainstorm Investor Conference Call | "*But when you're able to eliminate the advanced patients, we see both in the primary and secondary endpoints, statistical[ly] significant results. Of course, we're not going to lay it out here. That's what we're going to do at the ADCOM.*" | • **Non-Actionable Statement of Opinion or Belief**<br>  o *See* Mem. Section I.B.1 |

7