# Exhibit 3

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 1 of 39 |

# STATISTICAL ANALYSIS PLAN

**A PHASE 3, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED MULTICENTER STUDY TO EVALUATE EFFICACY AND SAFETY OF REPEATED ADMINISTRATIONS OF NUROWN® (AUTOLOGOUS MESENCHYMAL STEM CELLS SECRETING NEUROTROPHIC FACTORS) IN PARTICIPANTS WITH AMYOTROPHIC LATERAL SCLEROSIS (ALS)**

## BCT-002-US

## IND 15878

Version: 1.0

## DATE: 19 JUNE 2020

### BASED ON:

Clinical Study Protocol BCT-002-US, Amendment 2.1: March, 2020/v2.1

Subject Case Report Forms PROD 10.1 SH 23JAN2019

**STUDY DRUG: MSC-NTF Cells, (NurOwn®)**

**SPONSOR:**



Brainstorm Cell Therapeutics

12 N Route 17- Suite 201

Paramus, NJ 07652

This study is being conducted in compliance with good clinical practice, including the archiving of essential documents.

**1**

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 3 of 39 |

# TABLE OF CONTENTS

1.      LIST OF ABBREVIATIONS.................................................................................6

2.      INTRODUCTION ...............................................................................................8

3.      STUDY OBJECTIVES AND ENDPOINTS.......................................................8

3.1.    Study Objectives.................................................................................................8

3.2.    Study Endpoints..................................................................................................9

3.2.1.  Primary Endpoints..............................................................................................9

3.2.2.  Secondary Efficacy Endpoints............................................................................9

4.      STUDY DESIGN ...............................................................................................10

4.1.    Summary of Study Design................................................................................10

4.2.    Study Drugs and Treatment..............................................................................11

4.2.1.  Bone Marrow Aspiration...................................................................................12

4.2.2.  Intrathecal Transplantation...............................................................................12

4.3.    Sample Size Considerations .............................................................................12

4.4.    Blinding and Randomization ............................................................................13

4.5.    Clinical Assessments ........................................................................................14

5.      PLANNED ANALYSES....................................................................................19

5.1.    Interim Analyses...............................................................................................19

5.2.    Final Analyses ..................................................................................................19

6.      GENERAL CONSIDERATIONS FOR DATA ANALYSES AND
        HANDLING .......................................................................................................20

6.1.    General Summary Table and Individual Subject Data Listing Considerations..........20

6.2.    General Post Text Summary Table and Individual Subject Data Listing
        Format Considerations.......................................................................................21

6.3.    Data Management..............................................................................................21

6.4.    Data Presentation Conventions.........................................................................22

6.5.    Analysis Populations.........................................................................................22

6.5.1.  Safety Population...............................................................................................23

6.5.2.  Modified Intent to Treat (mITT) Population .....................................................23

6.5.3.  Intent to Treat (ITT) Population........................................................................23

6.5.4.  Efficacy Evaluable (EE) population ..................................................................23

6.6.    Baseline Definition ...........................................................................................23

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 4 of 39 |

6.7.     Derived and Transformed Data .................................................................24

6.7.1.   Baseline Age .............................................................................................24

6.7.2.   Study Day .................................................................................................24

6.7.3.   Change and % Change from Baseline .......................................................24

6.8.     Handling of Missing Data, Unscheduled Visits and Multiple Assessments ..............24

6.8.1.   Missing Efficacy Endpoints.......................................................................24

6.8.2.   Missing Start and Stop Dates for Prior and Concomitant Medication ......................25

6.8.3.   Missing Start and Stop Dates for Adverse Events.....................................25

7.       STUDY POPULATION ...........................................................................27

7.1.     Subjects Disposition .................................................................................27

7.2.     Protocol Deviations ..................................................................................27

7.3.     Demographic and Baseline Characteristics ...............................................27

7.4.     Subject Inclusion and Exclusion Criteria ..................................................28

7.5.     Medical History and Medical Conditions Present at Entry ........................28

7.6.     Prior Medication History and Concomitant Medications............................28

7.7.     Pregnancy Test..........................................................................................28

8.       EFFICACY ..............................................................................................28

8.1.     General Considerations.............................................................................28

8.2.     Multiple Comparisons and Multiplicity.....................................................28

8.3.     Analysis of the Primary Efficacy Endpoint................................................29

8.3.1.   Primary Efficacy Analysis.........................................................................29

8.3.2.   Sensitivity Analyses for Primary Endpoint ...............................................30

8.4.     Analysis of key Secondary Efficacy Endpoints..........................................30

8.6.     Summary of Reasons for Efficacy Non-Evaluability/Exclusion from Efficacy Analyses .................................................................................................33

8.7.     Subgroup Analyses ...................................................................................33

9.       SAFETY ..................................................................................................34

9.1.     Adverse Event Preferred Term and Body/Organ System Summary Tables...............34

9.1.1.   Summaries of Adverse Event Incidence Rates for All Subjects...............34

9.1.2.   Missing and Partial AE Onset Dates .........................................................35

9.2.     Exposure and Compliance to Study Drug ..................................................35

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 5 of 39 |

9.3.     Concomitant Medications ........................................................................................35

9.4.     Routine Laboratory Data .......................................................................................36

9.5.     Vital Signs .............................................................................................................36

9.6.     Physical and Neurological Examination.................................................................37

9.7.     Electrocardiograms ...............................................................................................37

9.8.     Columbia-Suicide Severity Rating Scale (C-SSRS)..............................................37

10.      BIOMARKER AND GENETIC ANALYSIS.............................................................37

11.      REFERENCES .......................................................................................................39

## LIST OF TABLES

Table 1:     List of Abbreviations ..................................................................................................6

Table 2:     Schedule of Assessments ...........................................................................................14

Table 3:     Detailed Schedule of Assessments for Cell Transplantation Visits (V6, V9 and V11) ......................................................................................................................17

## LIST OF FIGURES

Figure 1:     Clinical study flowchart.............................................................................................11

Figure 2:     Study groups flowchart..............................................................................................12

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 30 of 39 |

### 8.3.2.　　Sensitivity Analyses for Primary Endpoint

Several sensitivity analyses will be performed for the primary endpoint.

- By considering all deaths (and not just deaths due to disease progression) as non-responders. This will be performed using the mITT population.

- Using multiple imputations under assumptions of Missing at Random (MAR) as described below

- Using the ITT population instead of the mITT populations based on (MAR) as described below

- Using multiple imputations under assumptions of Missing Not at Random (MNAR) as described below

- Identical to the primary endpoint, but using the EE population instead of the mITT population

- In addition, sensitivity analyses may be added including/excluding data collected that may have been impacted due to COVID-19.

The method of multiple imputations creates multiple data sets where unobserved data are imputed prior to fitting the linear regression. In both sensitivity analyses, the method of multiple imputations (MI)[1] using Pattern Mixture Model[2] will be used.

In the first sensitivity analysis, an assumption of Missing at Random (MAR) will be made and subject's missing data will be imputed using those with available data within the treatment group they were assigned to. In the second sensitivity analysis, an assumption of Missing Not at Random (MNAR) will be made based upon an approach similar to above using multiple imputations with missing data for subjects imputed using the available data for Placebo participants.

The method of multiple imputation uses SAS PROC MI and MIANALYZE to generate multiple complete datasets and combine the model results from them. To ensure robustness of results 100 complete datasets will be generated with the initial seed value set at 123.

## 8.4.　　Analysis of key Secondary Efficacy Endpoints

All analyses of the key secondary efficacy endpoints will be performed using the mITT population.

The first key secondary efficacy endpoint is to evaluate the efficacy of NurOwn® (MSC-NTF cells) vs. placebo as measured by the proportion of participants whose disease progression is halted or improved as measured by a 100% or greater improvement in post-treatment slope vs. pre-treatment slope in ALSFRS-R score at 28 weeks following the first treatment. Note, an improvement of 100% or greater means halt or improvement in disease progression (post-treatment slope) as measured by the ALSFRS-R. As in the analysis of the primary endpoint, all deaths due to disease progression will be considered as non-responders. If pre-treatment slope is 0, the % change in post-treatment slope compared to pre-treatment slope will be considered missing. The impact of this will be explored through a sensitivity analysis defined below.

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 31 of 39 |

Each subject's pre- and post-transplantation slope, change and percent change in slope will be calculated and listed for each post baseline timepoint.

Percentage change in slope through Week x = 100 * ([post-transplantation slope through Week x – pre-transplantation slope from screening through baseline] / Absolute Value [pre-transplantation slope from screening through baseline]). Note, the absolute value is taken in the denominator since the pre-transplantation slope is often negative.

The hypothesis testing for the first secondary endpoint of percentage change in slope at 28 weeks following first treatment will follow the same methodology as the primary endpoint described above.

Since percentage change in post-treatment slope as compared to pre-treatment slope is considered missing when the pre-treatment slope is 0, and can be very large for very small values of pre-treatment slope, a sensitive analysis will be performed considering all subjects with post-treatment slope ≥ 0 as responders and all deaths due to disease progression as non-responders.

The next key secondary efficacy endpoint is to evaluate the efficacy of NurOwn® (MSC-NTF cells) vs. placebo as measured by change in the ALSFRS-R score between baseline and 28 weeks following the first treatment. The null hypothesis of no difference between treatment groups will be tested using a mixed effect repeated measures (MMRM) model with the change in ALSFRS-R score from baseline as the dependent variable and treatment group, visit, baseline ALSFRS-R score, duration from onset of symptoms to first treatment, site of onset (Limb vs Limb & Bulbar), Riluzole use and ALSFRS-R slope pre-treatment as main effect and the interaction between treatment group and visit.

An unstructured covariance-structure will be used to model within-subject errors. If this fails to converge the covariance-structures below will be used in the order specified. The Kenward-Roger approximation will be used to estimate denominator degrees of freedom for unbalanced data. Repeated statement was used because the random variable involves repeated measurement at different visits. Significance tests will be based on LS Means.

If the unstructured covariance structure fails to converge following covariance structures will be tested in order below. The first covariance structure that converges will be used.

1.  Toeplitz with heterogeneity (TOEPH)
2.  Autoregressive with heterogeneity (ARH (1))
3.  Compound symmetry with heterogeneous variances (CSH)
4.  Toeplitz (TOEP)
5.  Autoregressive (AR (1))
6.  Compound symmetry without heterogeneous variances (CS)

For analysis of ALSFRS-R subscales of Bulbar function (0-12 points), Respiratory function (0-12 points), Gross motor function (0-12 points), Fine motor function (0-12 points) and Gross & Fine motor function combined (0-24) a responder analysis similar to the primary endpoint and a MMRM analysis as described above will be performed.

| Brainstorm Cell Therapeutics Ltd. | | |
| --- | --- | --- |
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 32 of 39 |

█████████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

█████████████████████████████████████████████████████

████████████████████

The next key secondary efficacy endpoint to be tested will be the combined analysis of function and survival (CAFS)[4]

Each subject's CAFS score is used as the dependent variable for analysis using an ANCOVA model with treatment as a fixed effect and adjusted for covariates baseline ALSFRS-R score, duration from onset of symptoms to first treatment, site of onset (Limb vs Limb & Bulbar), Riluzole use and ALSFRS-R slope pre-treatment. The generalized Gehan-Wilcoxon rank test will be performed as a supportive analysis.

SVC measures the maximum amount of air a patient can exhale in a single breath. SVC is reported as a percent of normal for gender, height, and age. Three measures of SVC are captured at each visit and the percent of normal for gender, height, and age is recorded for the highest of the three SVC measures. If the variability of the raw score is 10% or greater during the first 3 trials, up to 5 trials can be done. The percent of normal for gender, height, and age using the average measure at a given visit will be used for summaries.

At each visit the average of the valid assessment will be used.

The next key secondary efficacy endpoint to be tested will be the change from baseline to Week 28 in SVC using MMRM. The MMRM model used will be the same as the one indicated above for ALSFRS-R, with baseline ALSFRS-R and pre-treatment ALSFRS-R slope replaced by baseline SVC and pre-treatment SVC slope.

The next key secondary efficacy endpoint to be tested sequentially will include comparison between treatment groups the time from baseline to the subject having a tracheostomy or dying (also referred to as tracheostomy-free survival) as described below.

The Kaplan-Meier method will be used to estimate the proportion of subjects with tracheostomy-free survival along with the median and interquartile range for tracheostomy-free survival. A Kaplan-Meier plot of the time to tracheostomy-free survival will also be provided.

For comparison of tracheostomy-free survival between treatment groups, a log rank test will be used. In addition, a Cox proportional hazards model will be used to estimate the hazard ratio and 95% confidence intervals for tracheostomy-free survival between treatment groups. The model will include treatment, baseline ALSFRS-R score, duration from onset of symptoms to first treatment, site of onset (Limb vs Limb & Bulbar), Riluzole use and ALSFRS-R slope pre-treatment as fixed factors.

The next key secondary efficacy endpoint tested will be a comparison between treatment groups for the time to death due to disease progression using the same methodology as above. As a sensitivity analysis time to death due to any cause will also be analyzed.

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 33 of 39 |



## 8.6.    Summary of Reasons for Efficacy Non-Evaluability/Exclusion from Efficacy Analyses

The reasons for excluding subjects from the mITT and EE populations will be presented in an individual subject data listing.

## 8.7.    Subgroup Analyses

If there are enough subjects in each of the subgroups below, the following Subgroups will be analyzed in this study:

The analysis performed for the primary and first two key secondary efficacy endpoints will be repeated for below subgroups with a difference between subgroups determined by the p-value from the test for interaction between the subgroup and treatment.

Age at Baseline:

- $< 55$
- $\geq 55$

Duration since onset of ALS symptoms as assessed at screening:

- $\geq 1$ year
- $< 1$ year

Baseline ALSFRS-R:

- $< 35$
- $\geq 35$

On Riluzole (at first transplantation Visit and continuing): Yes or No

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 34 of 39 |

Additional subgroups of interest based on clinical assessment prior to first treatment, duration from onset of symptoms to first treatment, pre-treatment slope, biomarkers or genetic testing, etc. may also be performed if there is an imbalance between treatment groups of subjects within each subgroup and there are a sufficient number of subjects within the subgroups.

# 9.    SAFETY

All safety analyses will be analyzed for the Safety Population. The AEs and SAEs will be collected from the screening visit through the end of the study period.

Safety will be assessed based on the incidence of treatment emergent adverse events (TEAEs) and clinically relevant changes in vital signs, clinical laboratory assessments (hematology, serum chemistry, and urinalysis), physical and neurological examinations, ECG tests. Each safety parameter will be listed by subject.

## 9.1.    Adverse Event Preferred Term and Body/Organ System Summary Tables

### 9.1.1.    Summaries of Adverse Event Incidence Rates for All Subjects

All AEs will be coded to System Organ Class (SOC) and Preferred Term using the Medical Dictionary for Regulatory Activities (MedDRA®). Note, the terms AEs and TEAEs are used interchangeably in this SAP and unless otherwise specified refer to TEAEs.

A Treatment Emergent Adverse Event (TEAE) is defined as an AE that occurs for the first time after initiation of treatment or if it had occurred prior to treatment, it worsens in severity after initiation of treatment.

An overall summary by treatment group NurOwn® and Placebo that includes the number and percentage of subjects who experienced at least one TEAE for the following categories: TEAEs, serious TEAEs, treatment-related TEAEs, TEAEs by severity, TEAEs leading to treatment withdrawal, and TEAE leading to death and/or study discontinuation and procedure related TEAEs will be presented. When appropriate, a total column may appear as the last column.

Separate summaries with SOC and PT will be provided for the following categories of AEs:

- TEAEs
- TEAEs by severity
- Treatment-related TEAEs
- Serious TEAEs
- Procedure-related TEAEs
- Procedure-related TEAEs by severity
- All TEAEs excluding procedure-related TEAEs

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | Page 35 of 39 |

The above summaries will include the number of events as well as number and percentage of subjects experiencing at least one TEAE in each SOC and Preferred Term. To count the number of participants with any TEAEs, a subject who experiences multiple TEAEs within the same SOC will be counted only once for that SOC (if the TEAEs are coded to the same Preferred Term). A subject who experiences multiple TEAEs coded to the same Preferred Term within the same SOC will be counted only once for that Preferred Term. The number and percentage of subjects experiencing any TEAE will also be provided. All percentages will use the number of subjects in the safety population within that treatment group as the denominator. In the summaries, SOCs will be sorted by alphabetical order and Preferred Terms within SOCs will be sorted by descending order of incidence in NurOwn® treatment group.

Treatment-emergent AEs will also be summarized by maximal severity (Mild, Moderate, Severe, or Potentially Life-Threatening). Summary table will include the number and percentage of subjects experiencing at least one TEAE in each SOC, Preferred Term, and severity.

The relation of TEAEs to study drug will be summarized by their relatedness (definite, probable, possible, unlikely and not related).

For subjects who discontinue the study, any SAEs reported through 12 weeks following their last transplantation prior to discontinuation will be included in the safety database.

A listing will provide details of all subjects who experience a SAE, died during the study or experienced an AE that led to discontinuation from the study.

### 9.1.2.    Missing and Partial AE Onset Dates

The missing and partial AE onset dates will be imputed as described in Section 6.8.3.

## 9.2.    Exposure and Compliance to Study Drug

A summary of the number of intrathecal administrations received will be presented using counts and percentages for the Safety Population. The duration in months (exposure) between the first and third intrathecal administration will be presented using descriptive statistics for the Safety population.

Compliance rate (%) will be calculated for each subject as follows:

(Total number of intrathecal administrations) / (Expected number of administrations)*100.

## 9.3.    Concomitant Medications

Concomitant medications are those given to the subject during or after the first transplantation. All concomitant medications will be recorded.

Participants who were on a stable dose of riluzole for at least 30 days prior to screening will continue taking riluzole prior to study enrolment, unless requiring discontinuation during the study for standard side-effects. In addition, the use of non-invasive procedures including continuous positive airway pressure and diaphragmatic pacing systems will be recorded. The analysis of Concomitant medication is provided in Section 7.6.

| Brainstorm Cell Therapeutics Ltd. | | |
|---|---|---|
| Statistical Analysis Plan BCT-002 US: 19 June 2020 | NurOwn® (MSC-NTF cells) | **Page** 36 **of** 39 |

## 9.4.      Routine Laboratory Data

Clinical Laboratory Tests include:

Hematology: Complete blood count (CBC) (Red blood cells [RBC] with Indices, White blood cells [WBCs] with differential and platelet count, hemoglobin [Hb], hematocrit [Ht]).

Blood Biochemistry: Sodium (Na), Potassium (K), Calcium (Ca), Bicarbonate (HCO3), blood urea nitrogen (BUN), Creatinine (Cr), Glucose (Gluc), Chloride (Cl), Magnesium (Mg), Phosphorus (Phos), total protein, triglycerides (TG), Total cholesterol, high-density lipoprotein (HDL), low-density lipoprotein (LDL), urea, total bilirubin, aspartate aminotransferase (glutamic oxaloacetic transaminase) (AST[GOT]), alanine aminotransferase (glutamic pyruvic transaminase) (ALT[GPT]), alkaline phosphatase (ALP), uric acid.

Coagulation: Prothrombin time, Partial thromboplastin (PTT).

Urinalysis - Specific Gravity, pH, glucose, protein, ketones, blood.

Infectious Diseases/Virus: Hepatitis B and C (HBV, HCV), Human immune deficiency virus 1 and 2 (HIV 1 and 2).

All test results and associated normal ranges from central laboratories will be reported in the standard International System of Units (SI unit). Continuous values will be summarized using descriptive statistics and categorical values, including low, normal, and high results with respect to reference ranges will be tabulated at each visit and treatment group.

Change from Baseline for continuous values will be summarized using both continuous summary statistics as well as shift tables based on normal ranges at each post-Baseline visit.

Shift from Baseline tables will also include shift from Baseline to the worst-case post-Baseline.

## 9.5.      Vital Signs

The following vital signs will be collected per the schedule of assessments using the given units:

- Heart rate (beats per minute)
- Systolic blood pressure (mmHg)
- Diastolic blood pressure (mmHg)
- Respiration rate (breaths per minute)
- Body temperature (Celsius)
- Body Weight (kg)

Vital signs will be summarized with continuous descriptive statistics at each visit by treatment group as described in Table 2. Change from Baseline will also be summarized to each post-Baseline Visit and at 2, 4, 8, 20, and 24 hours, post-transplant or 72 hours' post transplantation.