# Exhibit 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-Q**

(Mark One)

☒  QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended September 30, 2020

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 001-36641

# BRAINSTORM CELL THERAPEUTICS INC.

(Exact name of registrant as specified in its charter)

| Delaware | 20-7273918 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| 1325 Avenue of Americas, 28th Floor New York, NY | 10019 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(201) 488-0460

(Registrant's telephone number, including area code)

Not Applicable

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.00005 par value | BCLI | NASDAQ Stock Market LLC (Nasdaq Capital Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                    Accelerated filer ☒

Non-accelerated filer ☐                    Smaller reporting company ☒

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐  No ☒

As of September 30, 2020, the number of shares outstanding of the registrant's Common Stock, $0.00005 par value per share, was 31,567,592.

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This quarterly report contains numerous statements, descriptions, forecasts and projections, regarding BrainStorm Cell Therapeutics Inc. (together with its consolidated subsidiaries, the "Company," "BrainStorm," "we," "us" or "our") and its potential future business operations and performance, including financial results for the most recent fiscal quarter, statements regarding the market potential for treatment of neurodegenerative disorders such as ALS, the sufficiency of our existing capital resources for continuing operations in 2020 and beyond, the safety and clinical effectiveness of our NurOwn® technology, our clinical trials of NurOwn® and its related clinical development, and our ability to develop collaborations and partnerships to support our business plan. In some cases you can identify such "forward-looking statements" by the use of words like "may," "will," "should," "could," "expects," "hopes," "anticipates," "believes," "intends," "plans," "projects," "targets," "goals," "estimates," "predicts," "likely," "potential," or "continue" or the negative of any of these terms or similar words. These statements, descriptions, forecasts and projections constitute "forward-looking statements," and as such involve known and unknown risks, uncertainties, and other factors that may cause our actual results, levels of activity, performance and achievements to be materially different from any results, levels of activity, performance and achievements expressed or implied by any such "forward-looking statements." These risks and uncertainties include, but are not limited to our need to raise additional capital, our ability to continue as a going concern, regulatory approval of our NurOwn® treatment candidate, the success of our product development programs and research, regulatory and personnel issues, development of a global market for our services, the ability to secure and maintain research institutions to conduct our clinical trials, the ability to generate significant revenue, the ability of our NurOwn® treatment candidate to achieve broad acceptance as a treatment option for ALS or other neurodegenerative diseases, our ability to manufacture and commercialize our NurOwn® treatment candidate, obtaining patents that provide meaningful protection, competition and market developments, our ability to protect our intellectual property from infringement by third parties, heath reform legislation, demand for our services, currency exchange rates and product liability claims and litigation, disruptions in our business due to the COVID-19 outbreak, including our clinical development activities, and other factors described under "Risk Factors" in this report and in our annual report on Form 10-K for the fiscal year ended December 31, 2019, as updated by our Quarterly Reports on Form 10-Q for the quarters ended March 31 and June 30, 2020 respectively. These "forward-looking statements" are based on certain assumptions that we have made as of the date hereof. To the extent these assumptions are not valid, the associated "forward-looking statements" and projections will not be correct. Although we believe that the expectations reflected in these "forward-looking statements" are reasonable, we cannot guarantee any future results, levels of activity, performance, or achievements. It is routine for our internal projections and expectations to change as the year or each quarter in the year progresses, and therefore it should be clearly understood that the internal projections and beliefs upon which we base our expectations may change prior to the end of each quarter or the year. Although these expectations may change, we may not inform you if they do and we undertake no obligation to do so, except as required by applicable securities laws and regulations. We caution investors that our business and financial performance are subject to substantial risks and uncertainties. In evaluating our business, prospective investors should carefully consider the information set forth under the caption "Risk Factors" in this report and in our annual report on Form 10-K for the fiscal year ended December 31, 2019,as updated by our Quarterly Reports on Form 10-Q for the quarters ended March 31 and June 30, 2020 respectively, in addition to the other information set forth herein and elsewhere in our other public filings with the Securities and Exchange Commission ("SEC").

TABLE OF CONTENTS

| | | Page Number |
|---|---|---|
| PART I – FINANCIAL INFORMATION | | 4 |
| | | |
| Item 1. | Financial Statements | 4 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 37 |
| Item 4. | Controls and Procedures | 37 |
| | | |
| PART II – OTHER INFORMATION | | 37 |
| | | |
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 37 |
| Item 5. | Other Information | 38 |
| Item 6. | Exhibits | 39 |
| | | |
| SIGNATURES | | 40 |

**PART I – FINANCIAL INFORMATION**

**Item 1. Financial Statements.**

# BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES

**INTERIM CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**As of September 30, 2020**

**U.S. DOLLARS IN THOUSANDS**

**(Except share data and exercise prices)**

**(UNAUDITED)**

4

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**INTERIM CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**As of September 30, 2020**
**U.S. DOLLARS IN THOUSANDS**
**(Except share data and exercise prices)**

**(UNAUDITED)**

**INDEX**

|  | Page |
|---|---|
| Interim Condensed Consolidated Balance Sheets | 6 |
| Interim Condensed Consolidated Statements of Comprehensive Loss | 7 |
| Interim Condensed Statements of Changes in Stockholders' Equity | 8 |
| Interim Condensed Consolidated Statements of Cash Flows | 10 |
| Notes to Interim Condensed Consolidated Financial Statements | 12 |

5

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**INTERIM CONDENSED CONSOLIDATED BALANCE SHEETS**
**U.S. dollars in thousands**
**(Except share data)**

| | September 30, 2020 | | December 31, 2019 | |
|---|---|---|---|---|
| | U.S. $ in thousands | | | |
| | Unaudited | | Audited | |
| **ASSETS** | | | | |
| **Current Assets:** | | | | |
| Cash and cash equivalents | $ | 24,770 | $ | 536 |
| Short-term deposit (Note 4) | | 4,038 | | 33 |
| Other accounts receivable | | 1,473 | | 2,359 |
| Prepaid expenses and other current assets (Note 5) | | 56 | | 432 |
| **Total current assets** | | 30,337 | | 3,360 |
| | | | | |
| **Long-Term Assets:** | | | | |
| Prepaid expenses and other long-term assets | | 27 | | 32 |
| Operating lease right of use asset (Note 6) | | 1,377 | | 2,182 |
| Property and Equipment, Net | | 950 | | 960 |
| **Total Long-Term Assets** | | 2,354 | | 3,174 |
| | | | | |
| **Total assets** | $ | 32,691 | $ | 6,534 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | | | |
| **Current Liabilities:** | | | | |
| Accounts payable | $ | 3,283 | $ | 14,677 |
| Accrued expenses | | 917 | | 1,000 |
| Operating lease liability (Note 6) | | 1,216 | | 1,263 |
| Other accounts payable | | 1,013 | | 714 |
| **Total current liabilities** | | 6,429 | | 17,654 |
| | | | | |
| **Long-Term Liabilities:** | | | | |
| Operating lease liability (Note 6) | | 284 | | 1,103 |
| **Total long-term liabilities** | | 284 | | 1,103 |
| | | | | |
| **Total liabilities** | $ | 6,713 | $ | 18,757 |
| | | | | |
| **Stockholders' Equity (deficit):** | | | | |
| Stock capital: (Note 7) | | 12 | | 11 |
| Common Stock of $0.00005 par value - Authorized: 100,000,000 shares at September 30, 2020 and December 31, 2019 respectively; Issued and outstanding: 31,567,592 and 23,174,228 shares at September 30, 2020 and December 31, 2019 respectively. | | | | |
| Additional paid-in-capital | | 163,238 | | 105,042 |
| Accumulated deficit | | (137,272) | | (117,276) |
| **Total stockholders' equity (deficit)** | | 25,978 | | (12,223) |
| | | | | |
| **Total liabilities and stockholders' equity** | $ | 32,691 | $ | 6,534 |

**The accompanying notes are an integral part of the consolidated financial statements.**

6

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**INTERIM CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS (UNAUDITED)**
**U.S. dollars in thousands**
**(Except share data)**

| | Nine months ended September 30, | | Three months ended September 30, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| | Unaudited | | Unaudited | |
| **Operating expenses:** | | | | |
| | | | | |
| Research and development, net (Note 8) | $ 13,509 | $ 11,018 | $ 1,867 | $ 4,008 |
| General and administrative | 6,684 | 4,318 | 2,618 | 1,543 |
| | | | | |
| **Operating loss** | (20,193) | (15,336) | (4,485) | (5,551) |
| | | | | |
| Financial expenses (income), net | (197) | 225 | 3 | 83 |
| | | | | |
| **Net loss** | $ (19,996) | $ (15,561) | $ (4,488) | $ (5,634) |
| | | | | |
| Basic and diluted net loss per share from continuing operations | $ (0.70) | $ (0.72) | $ (0.14) | $ (0.25) |
| | | | | |
| Weighted average number of shares outstanding used in computing basic and diluted net loss per share | 28,695,540 | 21,630,007 | 31,154,101 | 22,254,993 |

**The accompanying notes are an integral part of the consolidated financial statements.**

7

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**
**U.S. dollars in thousands**
**(Except share data)**

| | Common stock | | Additional paid-in capital | Receipts on account of shares | Accumulated Deficit | Total stockholders' equity (deficit) |
| --- | --- | --- | --- | --- | --- | --- |
| | Number | Amount | | | | |
| **Balance as of January 1, 2019** | 20,757,816 | $ 11 | $ 94,620 | $ 4,408 | $ (94,023) | $ 5,016 |
| | | | | | | |
| Stock-based compensation related to warrants and stock granted to service providers | 5,908 | (*) | 25 | — | — | 25 |
| Stock-based compensation related to stock and options granted to directors and employees | 39,386 | (*) | 312 | — | — | 312 |
| Exercise and reissuance of warrants | 687,500 | (*) | 3,368 | (3,368) | — | — |
| Net loss | — | — | — | — | (5,027) | (5,027) |
| **Balance as of March 31, 2019** | 21,490,610 | 11 | 98,325 | 1,040 | (99,050) | 326 |
| Stock-based compensation related to stock and options granted to directors and employees | — | — | 53 | - | — | 53 |
| Exercise and reissuance of warrants | 212,499 | (*) | 1,040 | (1,040) | — | — |
| Exercise of options | 5,333 | (*) | 5 | — | — | 5 |
| Net loss | — | — | — | — | (4,900) | (4,900) |
| **Balance as of June 30, 2019** | 21,708,442 | 11 | 99,423 | — | (103,950) | (4,516) |
| Stock-based compensation related to stock and options granted to directors and employees | 42,718 | — | 217 | — | — | 217 |
| Exercise and reissuance of warrants | 841,300 | (*) | 3,126 | — | — | 3,126 |
| Exercise of options | 13,332 | (*) | 30 | — | — | 30 |
| Net loss | — | — | — | — | (5,634) | (5,634) |
| **Balance as of September 30, 2019** | 22,605,792 | $ 11 | $ 102,796 | $ — | $ (109,584) | $ (6,777) |

* Represents an amount less than $1.

**The accompanying notes are an integral part of the consolidated financial statements.**

8

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**
**U.S. dollars in thousands**
**(Except share data)**

| | Common stock | | Additional paid-in capital | Accumulated deficit | Total stockholders' equity (deficit) |
|---|---|---|---|---|---|
| | Number | Amount | | | |
| **Balance as of January 1, 2020** | 23,174,228 | $ 11 | $ 105,042 | $ (117,276) | $ (12,223) |
| | | | | | |
| Stock-based compensation related to stock and options granted to directors and employees | 54,956 | (*) | 390 | — | 390 |
| Issuance of shares in at-the-market (ATM) offering (Note 7) | 3,935,320 | 1 | 18,971 | — | 18,972 |
| Issuance of shares and warrants in Registered Direct Offering (Note 7) | 1,250,000 | (*) | 9,957 | — | 9,957 |
| Exercise of options | 9,333 | (*) | 29 | — | 29 |
| Net loss | — | — | — | (8,114) | (8,114) |
| **Balance as of March 31, 2020** | 28,423,837 | 12 | 134,389 | (125,390) | 9,011 |
| Stock-based compensation related to stock and options granted to directors and employees | 79,491 | (*) | 791 | — | 791 |
| Issuance of shares in at-the-market (ATM) offering (Note 7) | 1,162,527 | (*) | 7,411 | — | 7,411 |
| Exercise of options | 4,000 | (*) | 3 | — | 3 |
| Net loss | — | — | — | (7,394) | (7,394) |
| **Balance as of June 30, 2020** | 29,669,855 | 12 | 142,594 | (132,784) | 9,822 |
| Stock-based compensation related to stock and options granted to directors and employees | 45,797 | (*) | 1,017 | — | 1,017 |
| Issuance of shares in at-the-market (ATM) offering (Note 7) | 947,627 | (*) | 13,307 | — | 13,307 |
| Exercise of options | 4,313 | (*) | 20 | — | 20 |
| Exercise of warrants | 900,000 | (*) | 6,300 | — | 6,300 |
| Net loss | — | — | — | (4,488) | (4,488) |
| **Balance as of September 30, 2020** | 31,567,592 | $ 12 | $ 163,238 | $ (137,272) | $ 25,978 |

\*    Represents an amount less than $1.

**The accompanying notes are an integral part of the consolidated financial statements.**

9

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**INTERIM CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**
**U.S. dollars in thousands**

| | Nine months ended September 30, | | Three months ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2020 | 2019 |
| **Cash flows from operating activities:** | | | | |
| Net loss | $ (19,996) | $ (15,561) | $ (4,488) | $ (5,634) |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| Depreciation | 155 | 114 | 56 | 37 |
| Shares and options granted to service providers | — | 25 | — | — |
| Stock-based compensation related to options granted to employees and directors | 2,198 | 582 | 1,017 | 217 |
| Changes in operating lease liability | (61) | 187 | (11) | 49 |
| Decrease (increase) in other accounts receivable and prepaid expenses | 1,267 | 938 | (1,095) | 290 |
| Increase (decrease) in trade payables | (11,394) | 4,596 | (1,321) | 379 |
| Increase (decrease) in other accounts payable and accrued expenses | 216 | 1,150 | (1,082) | 1,036 |
| Total net cash used in operating activities | $ (27,615) | $ (7,969) | $ (6,924) | $ (3,626) |

**The accompanying notes are an integral part of the consolidated financial statements.**

10

**BRAINSTORM CELL THERAPEUTICS INC. AND SUBSIDIARIES**
**INTERIM CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS (UNAUDITED)**
**U.S. dollars in thousands**

| | Nine months ended September 30, | | Three months ended September 30, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| **Cash flows from investing activities:** | | | | |
| Purchase of property and equipment | (145) | (127) | (88) | (102) |
| Changes in short-term deposit | (4,005) | 6,088 | 2 | 1,541 |
| Total net cash provided by (used in) investing activities | $ (4,150) | $ 5,961 | $ (86) | $ 1,439 |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of options | 52 | 35 | 20 | 30 |
| Proceeds from issuance of shares in at-the-market (ATM) offering (Note 7) | 39,690 | — | 13,307 | — |
| Proceeds from exercise of warrants | 6,300 | — | 6,300 | — |
| Exercise and reissuance of warrants | — | 3,126 | — | 3,126 |
| Proceeds from issuance of shares and warrants in Registered Direct Offering (Note 7) | 9,957 | — | — | — |
| Total net cash provided by financing activities | $ 55,999 | $ 3,161 | $ 19,627 | $ 3,156 |
| | | | | |
| **Increase in cash and cash equivalents** | 24,234 | 1,153 | 12,617 | 969 |
| | | | | |
| **Cash and cash equivalents at the beginning of the period** | $ 536 | $ 942 | $ 12,153 | $ 1,126 |
| | | | | |
| Cash and cash equivalents at end of the period | $ 24,770 | $ 2,095 | $ 24,770 | $ 2,095 |

**The accompanying notes are an integral part of the consolidated financial statements.**

11

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**BRAINSTORM CELL THERAPEUTICS INC.**

Date: October 15, 2020

By: /s/ Preetam Shah

Name: Preetam Shah
Title: EVP, Chief Financial Officer
(Principal Financial Officer)

40