

Douglas H Flaum
+1 212 813 8884
DFlaum@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

September 22, 2025

> Application GRANTED.  The initial pretrial conference previous scheduled for October 14, 2025 is hereby ADJOURNED to **November 18, 2025, at 2:00 PM**.  The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 946 940 034, followed by the pound sign (#).  The parties are advised that the dial-in information has changed.  The pre-conference letter and proposed case management plan are now due November 13, 2025.
>
> SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: September 23, 2025
> New York, New York

**VIA ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

<u>*Re:  Sporn v. Brainstorm Cell Therapeutics Inc. et al.,*</u> **Case No.: 1:23-cv-9630-DEH**

Dear Judge Ho:

Pursuant to the Court's Individual Rules and Practices in Civil Cases Rule 2.e., we write on behalf of Brainstorm Cell Therapeutics Inc., Chaim Lebovits, Stacy Lindborg, and Ralph Kern (collectively, "Defendants") to respectfully request an adjournment of the initial pretrial conference currently scheduled for October 14, 2025 at 10:00 AM.  ECF No. 38.

Defendants' counsel is unavailable to attend the conference due to an international travel conflict scheduled in advance of the Court's Order.  Defendants respectfully request that the Court adjourn the conference to a date after November 10th.

Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff consents to this request.  Defendants have not requested any prior adjournment of this Conference.  The only existing deadline affected by such an adjournment would be the deadline for the parties to propose a Civil Case Management Plan and Scheduling Order, which the Court has ordered to be filed the Thursday of the week prior to the conference date.  ECF No. 38.

Respectfully submitted,

/s/ *Douglas H. Flaum*
Douglas H. Flaum

Counsel for Defendants