UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sporn,<br><br>                    Plaintiff,<br><br>v.<br><br>Brainstorm Cell Therapeutics et al.,<br><br>                    Defendants. | 23 Civ. 9630 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On November 13, 2025**,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **November 18, 2025,** at **2:00 p.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
DALE E. HO
United States District Judge