UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eli Sporn,

                    Plaintiff,

          v.

Brainstorm Cell Therapeutics, Inc., et al.,

                    Defendants.

23-CV-9630 (DEH)

ORDER

DALE E. HO, United States District Judge:

On December 18, 2025, the parties in this matter filed letters requesting a conference "before the Court concerning the contents of the proposed order concerning electronic discovery protocols ("ESI Protocol")."  Pls.' Letter, Dec. 18, 2025 at 1, ECF No. 47; *see also* Defs.' Letter, Dec. 18, 2025, ECF No. 49.  The letters indicated that the parties have not been able to agree on whether and how the ESI Protocol should facilitate Defendants' production of hyperlinked documents.  On December 23, 2025, the parties met for a conference before the Court pursuant to Local Rule 37.2 to address this dispute.

The Court has considered the parties' respective letter briefs, and their representations during the Conference.  To the extent that Plaintiffs' letter may be construed as a motion to compel document production in accordance with their proposed ESI Protocol, it is **DENIED WITHOUT PREJUDICE**.

The Court hereby **ORDERS** the parties before to further meet and confer, with their ESI consultants present.  The parties shall attempt to reach an agreement either with respect to automatic production of hyperlinked documents, or some process by which Plaintiffs may identify hyperlinked documents for production without disproportionate burden to any party.  By January 13, 2026, the parties shall provide a joint status report indicating whether they have been able to

resolve this issue and whether any remaining discovery issues require relief from this Court. If they have not agreed on a proposed protocol for discovery of electronically stored information, the parties shall submit competing protocols with differences clearly identified.

The Clerk of Court is respectfully directed to close ECF No. 47.

SO ORDERED.

Dated:  December 23, 2025
       New York, New York

DALE E. HO
United States District Judge