The Rosen Law Firm
INVESTOR COUNSEL

Sara E. Fuks
Sfuks@rosenlegal.com

October 26, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

**Re: Sporn v. Brainstorm Cell Therapeutics Inc., et al., Case No. 1:23-cv-09630-DEH**

Dear Ho:

On August 31, 2026 the parties informed the Court that they had entered in to an agreement-in-principle to settle the above-captioned action and expected to submit a stipulation of settlement to the Court for approval pursuant to F.R.C.P. 23(e) by October 27, 2026. (ECF No. 68).

The parties are continuing to work on the settlement documentation and require an additional two weeks to finalize the stipulation. Accordingly, the parties anticipate submitting the stipulation for Court approval by November 10, 2026.

Respectfully submitted,

*s/ Sara E. Fuks*
Sara E. Fuks

Cc: Counsel of Record via ECF


THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FL ♦ NEW YORK, NY 10016 ♦ TEL: 212-686-1060♦ FAX: 212-202-3827